# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Patricia A. Bascom, | Case No. 2:18-cv-01283-MMD-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| U.S. Probation Office, et al., | |
| Defendants. | |

On September 18, 2020, the Court entered a screening order, dismissing Plaintiff's complaint without prejudice, and ordering Plaintiff to file an amended complaint (if she so chose) by October 19, 2020. (ECF No. 9.) Plaintiff did not file an amended complaint or otherwise respond to this Court's order. Accordingly, it appears Plaintiff has abandoned her case.

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice and this case closed.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: October 29, 2020

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE