UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICIA A. BASCOM,<br><br>          Plaintiff,<br>  v.<br>U.S. PROBATION OFFICE, *et al.*,<br><br>          Defendants. | Case No. 2:18-cv-01283-MMD-BNW<br><br>ORDER |

  *Pro se* Plaintiff Patricia A. Bascom brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge Brenda N. Weksler (ECF No. 11) recommending Plaintiff's case be dismissed without prejudice. Plaintiff had until December 1, 2020, to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R, and will dismiss the case without prejudice.

  The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate judge's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

  Because there is no objection, the Court need not conduct de novo review, and is satisfied Judge Weksler did not clearly err. Here, Judge Weksler recommends that

Plaintiff's case be dismissed because she appears to have abandoned it. (ECF No. 11.) The Court entered a screening order on September 18, 2020 (ECF No. 9), dismissing Plaintiff's complaint and ordering her to file an amended complaint (if she so chose) by October 19, 2020. (ECF No. 11) Plaintiff did not file an amended complaint or otherwise respond to the Court's order. (*Id.*) Accordingly, Judge Weksler concluded that Plaintiff has abandoned the case and the case should be dismissed without prejudice. (*Id.*) The Court agrees with Judge Weksler. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

It is therefore ordered that Judge Weksler's Report and Recommendation (ECF No. 11) is accepted and adopted in full.

It is further ordered that Plaintiff's complaint (ECF No. 10) is dismissed with prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 9th Day of December 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE